**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-1113**

---

LAUNEIL SANDERS; NATALIE CAROLINE SANDERS;
AARON NEIL SANDERS,

Plaintiffs - Appellants,

and

LAUNEIL FREEDOM CONSTITUTIONAL ENVIRONMENTAL
FOUNDATION,

Plaintiff,

versus

UNITED STATES OF AMERICA; STATE OF NORTH CARO-
LINA; STATE OF SOUTH CAROLINA,

Defendants - Appellees.

---

Appeal from the United States District Court for the Western Dis-
trict of North Carolina, at Charlotte. Graham C. Mullen, District
Judge. (CA-96-471-3-MU)

---

Submitted: July 24, 1997          Decided: August 5, 1997

---

Before HAMILTON, LUTTIG, and MOTZ, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

Launeil Sanders, Appellant Pro Se.  James Michael Sullivan, Assistant United States Attorney, Charlotte, North Carolina; Virginia Anne Gibbons, Assistant Attorney General, Raleigh, North Carolina; Christie Newman Barrett, OFFICE OF THE ATTORNEY GENERAL OF SOUTH CAROLINA, Columbia, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellants appeal the district court's order dismissing their complaint for lack of jurisdiction. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Sanders v. United States, No. CA-96-471-3-MU (W.D.N.C. Jan. 7, 1997). We deny Appellants' motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED